ELIZABETH R. MONAHAN, Respondent, *v.* ANNA F. KENNY et al., Appellants.

(Submitted October 2, 1933; decided October 4, 1933.)

*Peter W. Quinn* for motion.
*Joseph Lotterman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants file return and serve copy of case on or before November 1, 1933, in which event the motion is denied.